578 A.2d 1228
IN THE MATTER OF PETER A. BUXBAUM, AN
ATTORNEY AT LAW.

September 14, 1990.

## ORDER

PETER A. BUXBAUM of MERCHANTVILLE, who was admitted to the bar of this State in 1983, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that PETER A. BUXBAUM is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys.

578 A.2d 1228
IN THE MATTER OF JOSEPH A. FERRANTE, AN
ATTORNEY AT LAW.

September 17, 1990.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to vacate the proctorship requirement contained in this Court's Order of May 8, 1990, is granted, respondent having complied with the terms of that Order.